**Order filed May 4, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00811-CV
_____

### ANTHONY SAINT VAL, Appellant

### V.

### PATRICIA HILL, VICE-PRESIDENT OF GLENCAIRN ASSOCIATION BOARD OF DIRECTORS, Appellee

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1129479**

## ORDER

On January 25, 2021, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules by failing to (1) state concisely all issues presented for review, (2) contain a succinct, clear, and accurate statement of the arguments made in the body of the brief, and (3) contain a clear and concise argument for the contentions made with

appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1(f), (h), and (i).

Accordingly, we order appellant's brief filed January 25, 2021, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure within ten (10) days of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. See Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. See Tex. R. App. P. 38.8(a)(1).


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Spain and Wilson.